# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154629(29)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                          SC:  154629
                                          COA:  332671
                                          Wayne CC:  95-012837-FC

CORY L. MANNING,
      Defendant-Appellant.
_____/

On order of the Court, the motion for reconsideration of this Court's May 2, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2017



Clerk

a0717